IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-11-003 |
| v. | * | Civil No. – JFM-14-2893 |
| | * | |
| ALVIN WILLIAMS, JR. | * | |

\*\*\*\*\*\*

## MEMORANDUM

Alvin Williams has brought this motion under 28 U.S.C. §2255. The motion will be denied.[1]

Williams pled guilty after two days of trial. During the guilty plea proceeding, both government counsel and the court went over the terms of the plea with Williams. Thereafter, the court sentenced Williams to 150 months imprisonment and 10 years of supervised release. Williams filed an appeal in with appellate counsel filed an *Anders* brief.

The reasons for denying Williams' motion may be briefly stated.

First, Williams' contention that he must have personally known of the amount of drugs involved in the conspiracy is erroneous. Under Fourth Circuit law the standard for attributing drugs involved in the conspiracy to a defendant is one of reasonable foreseeability. *See United States v. Irvin*, 2 F.3d 72 (4th Cir. 2003); *Pinkerton v. United States*, 328 U.S. 640 (1946). *See also, United States v. Collins*, 415 F.3d 304 (4th Cir. 2005).

Second, the terms of the plea were fully described to Williams.

Third, Williams' trial counsel, William Purpura, was not ineffective in any respect. Mr. Purpura is one of the most able members of this court's CJA Panel. He properly analyzed

---

[1] Williams has also filed a motion for leave to file a reply brief. That motion is granted.

1

Williams' case and advised him properly concerning the terms of the plea and the risks he was facing.

A separate order is being entered herewith denying Williams' motion.

Date: 5/28/15

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 MAY 28 PM 3: 15

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY